UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter Z.,

       Petitioner,

v.

Pamela Bondi, et al.,

       Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-00373 (MJD/EMB)

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

Ana H. Voss, Assistant United States Attorney, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard filed January 27, 2026. **[Doc. 6.]** No objections have been filed to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Bullard.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

of United States Magistrate Judge Elsa M. Bullard filed January 27, 2026.  **[Doc. 6.]**

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to immediately release Petitioner Walter Z.; and

3. Within 24 hours of the entry of this Order, Respondents are ordered to file a notice confirming Petitioner Walter Z.'s release.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 31, 2026               s/Michael J. Davis                        
                                       Michael J. Davis
                                       United States District Court