# UNITED STATES DISTRICT COURT
## District of Minnesota

Walter Enrique Zumba

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00373-MJD-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elsa M. Bullard filed January 27, 2026. [Doc. 6.]

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED**;

2. Respondents are ordered to immediately release Petitioner Walter Z.; and

3. Within 24 hours of the entry of this Order, Respondents are ordered to file a notice confirming Petitioner Walter Z.'s release.

Date: 1/31/2026

KATE M. FOGARTY, CLERK