UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter Z.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-373 (MJD/EMB)

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

Ana H. Voss, Matthew Isihara, Assistant United States Attorneys, Counsel for Respondents.

On January 31, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention. [Doc. 7.] On February 2, 2026, Respondents informed the Court that Petitioner had been released from detention on February 1, 2026. [Doc. 10.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Walter Z.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 2, 2026          s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court