**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Walter Z.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

**ORDER DISMISSING MOTION AS MOOT**

Civil File No. 26-373 (MJD/EMB)

---

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

Matthew Isihara, Special Assistant United States Attorney, Counsel for Respondents.

---

On January 31, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention. [Doc. 7.] Petitioner was released on February 1, 2026. On March 2, 2026, Petitioner filed a Rule 59 Motion to Reopen Judgment and Motion for Order to Show Cause why his property had not yet been returned to him. [Doc. 13.] The Court ordered Respondents to respond and Respondents indicated that the search for the property was focused on an ICE facility in El Paso, Texas. [Doc. 16.] On March 16, 2026, Petitioner stated that his property is now in his custody and therefore the motion is now moot. [Doc. 21.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Walter Z.'s Motion for Order to Show Cause **[Doc. 13]** is **DISMISSED as moot.**

Dated: March 16, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court